Asha Dhillon (CA State Bar No. 205461)
adhillon@jonesbell.com
Usman S. Mohammed (CA State Bar No. 215870)
usmohammed@jonesbell.com
Neil M. Katsuyama (CA State Bar No. 273172)
nkatsuyama@jonesbell.com
**JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.**
601 South Figueroa Street, 27th Floor
Los Angeles, California 90017-5759
Telephone: (213) 485-1555
Facsimile: (213) 689-1004

Attorneys for Plaintiff
DOOR TO DOOR VALET CLEANERS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOOR TO DOOR VALET CLEANERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOOR-TO-DOOR DRY CLEANING FRANCHISE SYSTEMS, LLC; DOOR-TO-DOOR DRY CLEANING, LLC; and DOES 1 – 50, Inclusive, <br><br> Defendants. | CASE NO. CV14-00946-JEM <br><br> [~~PROPOSED~~] ORDER RE: STIPULATION FOR DISMISSAL |

Having read and considered the stipulation of Plaintiff and Defendants and having read and considered all of the papers filed by the Parties in connection with that stipulation, and good cause appearing therefore:

1
2
3
4            **IT IS HEREBY ORDERED THAT** this matter is dismissed with prejudice; the Court retains jurisdiction to enforce the settlement agreement entered into by the Parties; and the Parties' settlement agreement is incorporated into this Order.

5            **IT IS SO ORDERED.**

6  Dated: April 25, 2014

7  _____
   THE HONORABLE JOHN E. MCDERMOTT
8  Magistrate Judge of the U.S. District Court,
   Central District of California

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28